# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 15, 2022

To: Monica A. Stump
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis, IL 62201-0000

| No. 21-2247 | K.F.C., a minor, by and through her guardian, ERIN CLARK, individually and on behalf of all others similarly situated, Plaintiff - Appellant<br><br>v.<br><br>SNAP INC., Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00009-DWD<br>Southern District of Illinois<br>District Judge David W. Dugan ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                     No record to be returned

form name: **c7_Mandate**    (form ID: **135**)